**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Charles M. RUSSELL, Defendant—Appellant.**

**No. 10–6547.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2010.

Decided: Oct. 6, 2010.

Charles M. Russell, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Baltimore, Maryland; Gina Simms, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Russell appeals the district court's order denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Russell,* No. 8:98–cr–00483–DKC–1, 2010 WL 1258184 (D.Md. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*